# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**Blake Marcum,**

       **Plaintiff,**                **Case No. 20-11970**

   **vs.**                      **HON. DENISE PAGE HOOD**

**Skozee, LLC**

       **Defendant.**

                                        /

## ORDER DISMISSING CASE

Plaintiff filed a Notice of Voluntary Dismissal on September 11, 2020, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  Accordingly,

IT IS ORDERED that this action is DISMISSED without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i).

                              s/Denise Page Hood
                              DENISE PAGE HOOD
                              Chief Judge

DATED: September 29, 2020